JOSEPH ROTONELLI et al., Respondents, v. GEORGE OGDEN et al., Appellants.—

Hopkins, Acting P. J., Munder, Latham, Shapiro and Christ, JJ., concur.